

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Sam Thypin-Bermeo*
*Assistant United States Attorney*

*970 Broad Street, 7ᵗʰ floor*
*Newark, New Jersey 07102*

*973-645-2700*

January 9, 2026

**VIA EMAIL: criminalinfo@njd.uscourts.gov**

Melissa E. Rhoads, Clerk
United States District Court
Martin Luther King, Jr. Federal Building
     and United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

Attention:   Antigone Owens-Krefski, Deputy Clerk

          Re:   *United States* v. *Latisha Coleman*
               *United States v. Harrison,* Crim. No. 25-518

Dear Ms. Owens-Krefski:

     Enclosed for assignment is an Information charging defendant Latisha Coleman with conspiring to distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), in violation of 21 U.S.C. § 846. The Information and cover sheet are enclosed.

     The conduct charged in the Information is part of the conspiracy charged in *United States v. Harrison,* Crim. No. 25-518. That matter is assigned to the Honorable Jamel K. Semper, U.S.D.J.

- 2 -

Pursuant to Local Criminal Rule 18.1, this letter is submitted to inform you of the relationship of these cases so that you may determine whether this Information should be considered a related case to the other referenced case and assigned to Judge Jamel K. Semper in the interests of judicial economy.

Very truly yours,

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP LAMPARELLO
Senior Counsel

By: Bradley A. Harsch
Chief, Criminal Division

Encl.